**Dismissed and Memorandum Opinion filed September 18, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00355-CV

## IN THE INTEREST OF A.J.J. & E.G.J., CHILDREN

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-39673**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 24, 2018. The record was filed June 26, 2018. No brief was filed.

On August 14, 2018, this court issued an order stating that unless appellant filed a brief on or before August 29, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Busby.